IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT A. HOUZE II,

     Plaintiff,                      No. 2:12-cv-01484 MCE KJN PS

     v.

STATE OF CALIFORNIA, et al.

     Defendants.               ORDER

/

        Plaintiff, who is proceeding without counsel and has not paid the fee ordinarily required to file an action in this court, filed an incomplete application to proceed without the prepayment of fees and costs, also known as an application to proceed "in forma pauperis" (Dkt. No. 2). See 28 U.S.C. §§ 1914(a), 1915(a). Although plaintiff's application indicates that he received income in the form of "Gifts, or inheritances" within the last 12 months, he failed to describe, as required by the application, the source of that income, the amount received, and whether he expects to receive additional income in the future.

        Without a completed application, the court is unable to properly evaluate whether plaintiff should be granted leave to proceed in forma pauperis. Accordingly, the court denies plaintiff's application without prejudice. Plaintiff will be provided with an opportunity to submit either: (1) a completed application to proceed in forma pauperis, or (2) the appropriate filing fee.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty (21) days of the date of this order, either a completed application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that his application to proceed in forma pauperis be dismissed.

2. The Clerk of the Court is directed to send to plaintiff a new Application to Proceed In District Court Without Prepaying of Fees or Costs.

IT IS SO ORDERED.

DATED: June 7, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE