IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT A. HOUZE II,

    Plaintiff,                    No. 2:12-cv-01484 MCE KJN PS

    v.

STATE OF CALIFORNIA, et al.

    Defendants.           <u>ORDER</u>

        Presently before the court is plaintiff's motion for summary judgment. However, plaintiff's recently filed amended application to proceed in forma pauperis is still pending, and the court has not yet screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), or authorized the service of plaintiff's complaint on any defendant. As no defendant has been served with process, plaintiff's prematurely filed motion for summary judgment is denied without prejudice to re-filing at an appropriate time. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (Dkt. No. 5) is denied without prejudice.

        IT IS SO ORDERED.

DATED: July 27, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1